IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRANDON L. DALTON,** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | |
| **vs.** | : | **NO. 13-4796** |
| | : | |
| **MARTY SUSSMAN MOTORS, INC.,** | : | |
| **Defendant** | : | |

# O R D E R

**AND NOW,** this   13th    day of November, 2013, upon consideration of the defendant's motion to dismiss (Document #6), IT IS HEREBY ORDERED that the motion is DENIED as moot.[1]

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.

---

[1] In response to the motion to dismiss, the plaintiff filed an amended complaint.  See Document #8.  Accordingly, I will deny the motion to dismiss as moot.